UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

STONEWALL KITCHEN, LLC,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 1515 (JMF) (SLC)

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the Court hereby ADJOURNS the **in-person** initial case management conference scheduled for **June 9, 2023,** from 10:00 a.m. **to 2:30 p.m.** All other aspects of the Court's Order at ECF No. 12 remain in effect.

Dated:      New York, New York
             May 30, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**