UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

STONEWALL KITCHEN, LLC,

        Defendant.

CIVIL ACTION NO.: 23 Civ. 1515 (JMF) (SLC)

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff, with Defendant's consent, requests an adjournment of the telephonic initial case management conference ("ICMC") scheduled for July 7, 2023. (ECF No. 20). The Court hereby ADJOURNS the ICMC to **Thursday, July 13, 2023 at 9:30 a.m.** All other aspects of the Court's order at ECF No. 17 remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 20.

Dated:    New York, New York
           June 30, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge